IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR PHILLIPS,

               Plaintiff,                         CV F 06 0676 OWW WMW   P

     vs.                                   ORDER RE MOTION (DOC 7 )

KATHY MENDOZA-POWERS, et al.,

               Defendants.

          Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for leave to file an addendum to the complaint.   Also pending before the court is the first amended complaint, filed after Plaintiff's motion.  The first amended complaint is before the court.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file an addendum to the complaint is denied as moot.

IT IS SO ORDERED.

**Dated:   January 30, 2007**             **/s/  William M. Wunderlich**
mmkd34                            UNITED STATES MAGISTRATE JUDGE