UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR PHILLIPS, | ) | 1:06-cv-0676 OWW WMW P |
| Plaintiff, | ) ) | ORDER RE MOTION |
| | ) | FOR MARSHAL SERVICE |
| v. | ) | (DOCUMENT #15) |
| | ) | |
| KATHY MENDOZA-POWERS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2007, plaintiff filed a motion the marshal effect service on the named defendants. Pending before the court is plaintiff's first amended complaint which has not yet been screened by the court. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for marshal service is premature and is DENIED as moot.

IT IS SO ORDERED.

**Dated:     February 12, 2007**           **/s/  William M. Wunderlich**
j14hj0                                     UNITED STATES MAGISTRATE JUDGE