IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR PHILLIPS,

        Plaintiff,               CV F 06 0676 LJO WMW P

  vs.                             ORDER RE MOTIONS
                                   (DOCS 12, 14, 17)

KATHY MENDOZA-POWERS, et al.,

        Defendants.

        **Plaintiff has filed motions styled as addendums to the complaint. Plaintiff is advised that he may not supplement his complaint with additional allegations. Should Plaintiff desire to allege additional facts, he should request leave to file an amended complaint. An amended complaint should be complete in and of itself, without reference to any other pleadings. The Court will grant Plaintiff leave to file a second amended complaint. Should Plaintiff fail to do so, this action will proceed on the first amended complaint. The Court will not consider the allegations in Plaintiff's motions.**

        Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no

1

longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for addendum to the complaint are denied.

2. Plaintiff is granted thirty days from the date of service of this order to file a second amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint." Should Plaintiff fail to file a second amended complaint, this action will proceed on the first amended complaint.IT IS SO ORDERED.

**Dated:   August 2, 2007**              /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE